Andrew Roman Perrong
a@perronglaw.com
1669 Edgewood Rd., Suite 218
Yardley, PA 19067
Telephone: 215-225-5529
Facsimile: 888-329-0305
*Non-Party, pro se*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| *In re* SUBPOENA TO ANDREW PERRONG | Case No. 3:26-mc-01186 |
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DABELLA EXTERIORS LLC,<br><br>Defendant. | Underlying Case No. 3:25-cv-00396-SI<br><br>**NON-PARTY ANDREW ROMAN PERRONG'S NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA AND TO STAY COMPLIANCE AND REQUEST TO CLOSE PROCEEDINGS AS MOOT** |

## NOTICE AND REQUEST

Non-party Andrew Roman Perrong withdraws his Motion to Quash Subpoena and to Stay Compliance (the "Motion") without prejudice because he has complied with the subpoena it challenged. He respectfully requests that the Court terminate the Motion as moot and close this miscellaneous proceeding.

Defendant DaBella Exteriors LLC ("DaBella") issued a subpoena to Mr. Perrong dated October 26, 2026, in *Weingrad v. DaBella Exteriors LLC*, No. 3:25-cv-00396-SI (D. Or.) (the "Subpoena"). The Subpoena designated Lafayette Hill, Pennsylvania, as the place of compliance. Mr. Perrong moved to quash the Subpoena in the United States District Court for the Eastern District of Pennsylvania. *In re Subpoena to Andrew Perrong*, No. 2:26-mc-99 (E.D. Pa.), ECF No. 1. On November 23, 2026, that court transferred the Motion to this Court under Federal Rule of Civil Procedure 45(f) and closed its case. *Id.*, ECF No. 7. The transferred Motion was docketed in this Court as Case No. 3:26-mc-01186.

On November 25, 2026, Mr. Perrong complied with the Subpoena in person at the place designated for compliance and made his production in its entirety. Without waiving objections thereto, Mr. Perrong served written responses to the Subpoena and delivered his production, including the video he took during his interaction with DaBella's canvassers on October 20, 2025, by personal delivery to DaBella's counsel, De Gisi Law Group, LLC, 462 Germantown Pike, Suite 11, Lafayette Hill, Pennsylvania 19444, the place of compliance designated in the Subpoena.

Because Mr. Perrong has complied with the Subpoena, no live dispute remains for the Court to resolve. The Motion, including its request to stay compliance, is moot, and so is any question about service of the Subpoena. Withdrawal of the Motion without prejudice does not waive the objections stated in Mr. Perrong's written responses.

Mr. Perrong therefore respectfully requests that the Court (1) terminate the Motion as withdrawn and moot, and (2) direct the Clerk to close Case No. 3:26-mc-01186.

Dated: November 25, 2026

Respectfully submitted,

/s/ Andrew Roman Perrong
Andrew Roman Perrong
1669 Edgewood Rd., Suite 218
Yardley, PA 19067
Telephone: 215-225-5529
Facsimile: 888-329-0305
a@perronglaw.com
*Non-Party, pro se*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2026, I caused the foregoing Notice of Withdrawal of Motion to Quash Subpoena and to Stay Compliance and Request to Close Proceeding as Moot to be filed with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record, and served copies by email on the following counsel for the parties to the underlying action:

Diane J. Zelmer <djz@berensonllp.com>; Heather Casebolt <hcc@berensonllp.com>; Carmen A. De Gisi <cd@degisilaw.com>; Drew L. Eyman <deyman@swlaw.com>; jlanglois@swlaw.com; ddeo@swlaw.com; pdxecf@swlaw.com; Anthony I. Paronich <anthony@paronichlaw.com>

/s/ Andrew Roman Perrong
Andrew Roman Perrong